The United States of America

The United States

District Court of the United States

/ District of Alaska

RECEIVED
FEB 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Ralph Kermit Winterrowd 2nd
*Plantiff*

v.

Chickaloon Village, and;

STATE OF ALASKA
*Defendants*

Case 3:06-CV-00034 TMB

### ORDER

### EXPEDITED PRELIMINARY INJUNCTION
### (TEMPORARY RESTRAINING ORDER)

It is hereby ORDERED as follows:

1. An Temporary Restraining Order is issued to the Chickaloon Village to cease and desist issuing any more Chickaloon Driver Licenses until this Court issues a final and permanent Injunction on the issues of Law and Fact, and the issue of reciprocity concerning the Chickaloon Driver License and the State of Alaska is adjudicated.

2. An Temporary Restraining Order is issued to the State of Alaska to cease and desist prosecuting the people that possess a valid Chickaloon Driver License in the territorial boundaries of Alaska until this Court issues a final and permanent Injunction on the issues of

Law and Fact, and the issue of reciprocity concerning the Chickaloon Driver License and the State of Alaska is adjudicated.

3.      An Temporary Restraining Order is issued to the State of Alaska to cease and desist prosecuting Winterrowd denying him of his property and liberty concerning the issues of the Chickaloon Driver License until this Court issues a final Injunction of the issues of Law and Fact, and the issue of reciprocity concerning the Chickaloon Driver License and the State of Alaska is adjudicated.

4.      An Temporary Restraining Order is issued to restore to the State of Alaska to restore Winterrowd to his original status by returning all of his property, declaring that the Chickaloon Driver License is valid as a driver license in Alaska until this Court issues a final Injunction of the issues of Law and Fact, and the issue of reciprocity concerning the Chickaloon Driver License and the State of Alaska is adjudicated.

5.      Other _____

_____

_____

_____

_____

_____

_____

_____

Date _____                              _____
                                                         Signature of Judge