AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Ralph Kermit Winterrowd 2nd

V.

Chickaloon Village
and
STATE OF ALASKA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-00034 TMB

RECEIVED FEB 1 3 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

TO: (Name and address of Defendant)

STATE OF ALASKA
Atty. Gen. Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
269-5100

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877189
~~Anchorage~~ Wasilla, Alaska 99687

an answer to the complaint which is served on you with this summons, within ~~20~~ 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ida Romack
CLERK

_Sharon M. Aehies_ (signature)

(By) DEPUTY CLERK

DATE  FEB 1 0 2006

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Feb 10, 2006 |
| NAME OF SERVER (PRINT) L de Crane | TITLE None |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Received by Natalae Garish @ 1031 W 5th Ste 200 @ 1827 h Mo

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb 10, 2006    L de Crane
             Date              Signature of Server

131 W Parks Hwy Wasilla AK 99654
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.