AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

RECEIVED
FEB 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Ralph Kermit Winterrowd 2nd

V.

Chickaloon Village
and
STATE OF ALASKA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-00034 TMB

TO: (Name and address of Defendant)

Chickaloon Village
Glenn Highway mile 55.5
P.O. Box 1105
Chickaloon, Alaska 99674-1105
745-0707

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Wasilla, Alaska (99687)
357-8003

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**
CLERK

FEB 10 2006
DATE

_Sharon M. Deehres_
(By) DEPUTY CLERK

◦AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE Feb 13, 2006 |
| NAME OF SERVER *(PRINT)* Nelson Lowe | TITLE None |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Marlyn @ 55.5 Glen Highway ~~10:00~~ 10:20 AM ~~Chickaloon Office for Driver~~ License

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/06
*Date*

*Signature of Server* Nelson Lowe

*Address of Server* P.O. Box 872704 Wasilla AK. 99687

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.