DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Margaret Paton Walsh
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD,  )<br>                                                      )<br>              Plaintiff,                    )<br>                                                      )<br>v.                                                 )<br>                                                      )<br>STATE OF ALASKA,                 )<br>                                                      )<br>              Defendant.               )<br>_____) | Case No. 3:06-CV-00034 (TMB) |

**ENTRY OF APPEARANCE**

Please take notice that Margaret Paton Walsh, Assistant Attorney General for the State of Alaska, Department of Law, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone: (907) 269-5136, hereby enters her appearance as counsel of record in the above-captioned matter on behalf of Defendant State of Alaska.

Copies of all notices, motions, and pleadings should be sent to the address referenced above.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DATED: February 16, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Margaret Paton Walsh
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0411074

**CERTIFICATE OF SERVICE**

This is to certify that on this date a true and correct copy of the **ENTRY OF APPEARANCE** in this proceeding was served by first class U.S. Mail on the following:

Ralph K. Winterrowd
P.O. Box 877109
Wasilla, AK 99687

/s/ Margaret Paton Walsh
Assistant Attorney General
Attorney for the State of Alaska