DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Margaret Paton Walsh
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-CV-00034 (TMB) |

**ENTRY OF APPEARANCE**

Please take notice that Margaret Paton Walsh, Assistant Attorney General for the State of Alaska, Department of Law, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone: (907) 269-5136, hereby enters her appearance as counsel of record in the above-captioned matter on behalf of Defendant State of Alaska. Margaret Paton Walsh files this second entry to notify the Court of the additional service of process on Chickaloon Village, as indicated in the certificate of service.

Copies of all notices, motions, and pleadings should be sent to the address referenced above.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1   DATED: February 22, 2006.

2                                        DAVID W. MÁRQUEZ
    ATTORNEY GENERAL

3

4                                        By:
    /s/ Margaret Paton Walsh
5   Assistant Attorney General
    Attorney General's Office
    1031 W. 4th Avenue, Suite 200
6   Anchorage, AK 99501
    (907) 269-5136 (Phone)
7   (907) 258-4978 (Fax)
    LSA_ECF@law.state.ak.us
8   Alaska Bar No. 0411074

9

10  **CERTIFICATE OF SERVICE**

11  This is to certify that on February 22, 2006, a true and correct copy of the **ENTRY OF APPEARANCE** in this proceeding was served by
12  first class U.S. Mail on the following:

13  Ralph K. Winterrowd
    P.O. Box 877109
14  Wasilla, AK 99687

15  Chickaloon Village
    Glenn Highway Mile 55.5
16  P.O. Box 1105
    Chickaloon, AK 99674

17

18  /s/ Margaret Paton Walsh
    Assistant Attorney General
    Attorney for the State of Alaska
19

20

21

22

23

24

25