DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Margaret Paton Walsh
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

RALPH KERMIT WINTERROWD, )
)
           Plaintiff, )
)
v. )
)
CHICKALOON VILLAGE and )
STATE OF ALASKA )
)
           Defendants. )
_____) Case No. 3:06-CV-00034 (TMB)

## DEFENDANT STATE OF ALASKA'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) AND (6)

The State of Alaska hereby moves the court to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), lack of subject matter jurisdiction, and (6) for failure to state a claim for which relief can be granted. This motion is accompanied by a supporting memorandum of law and a draft order.

DATED: March 2, 2006.

                                      DAVID W. MÁRQUEZ
                                      ATTORNEY GENERAL

                                      By:
                                        /s/ Margaret Paton Walsh
                                        Assistant Attorney General
                                        Attorney General's Office
                                        1031 W. 4th Avenue, Suite 200
                                        Anchorage, AK 99501
                                        (907) 269-5136 (Phone)

Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and (6)          Page 1 of 2
*Winterrowd v. State of Alaska,*
3:06-CV-00034 (TMB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0411074

**CERTIFICATE OF SERVICE**

This is to certify that on March 2, 2006, a true and correct copy of the **MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) and (6)** in this proceeding was served by first class U.S. Mail on the following:

Ralph K. Winterrowd
P.O. Box 877109
Wasilla, AK 99687

Chickaloon Village
Glenn Highway Mile 55.5
P.O. Box 1105
Chickaloon, AK 99674

/s/ Margaret Paton Walsh
Assistant Attorney General
Attorney for the State of Alaska

Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and (6)                                Page 2 of 2
*Winterrowd v. State of Alaska,*
3:06-CV-00034 (TMB)