DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Margaret Paton Walsh
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICKALOON VILLAGE, AND ) <br> STATE OF ALASKA, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:06-CV-00034 (TMB) |

**ORDER RE: DEFENDANT STATE OF ALASKA'S MOTION TO DISMISS**

The defendant, State of Alaska, has moved this Court to dismiss the complaint pursuant to F.R.C.P. 12(b)(1) and (6), for lack of jurisdiction and failure to state a claim under which relief may be granted. Having considered the positions of the parties, the Court now grants the defendant's motion and dismisses the complaint.

Dated this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

Order                                                                 Page 1 of 1
*Winterrowd v. Chickaloon Village, and State of Alaska,*
3:06-CV-00034 (TMB)