Agency No. 05-105475

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

| STATE OF ALASKA, Plaintiff | MISDEMEANOR COMPLAINT |
|---|---|
| vs. | CASE NO. 3 PA 05-3624 CR. |
| Ralph Kermit Winterrowd II, Defendant | (X) DRIVING WHILE DRIVER'S LICENSE WAS CANCELLED, SUSPENDED, REVOKED |
| DLN: 5611280   DOB: 3/5/42 | *AS. 28.15.291(a)(1)* |
| PSIN: 5611280   SSN: 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 | ( ) DRIVING IN VIOLATION OF LIMITATIONS PLACED ON DRIVER'S LICENSE |
| ADDRESS: Mile 12.5 Knik Goose Bay Rd, Wasilla | *AS. 28.15.291(a)(2)* |
| ATN: 109 384 461 - 001 | |

IN THE TRIAL COURT
STATE OF ALASKA, THIRD DISTRICT
AT PALMER

DEC 30 2005
Clerk of the Trial Courts

VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

DOMESTIC VIOLENCE OFFENSE Per AS 18.66.990 (3) and (5)   Yes ___   No X

THE COMPLAINANT STATES that on or about the 23RD day of DEC, 2005, at or near Palmer, in the Third Judicial District, State of Alaska, the above-named Defendant did unlawfully commit the offense of Driving While License Suspended/Revoked/Cancelled or in Violation of a Limitation, when he/she drove a motor vehicle on a highway or vehicular way or area at a time when his/her driver's license, privilege to drive, or privilege to obtain a license in this or another jurisdiction was:

( ) Cancelled,   (X) Suspended,   or ( ) Revoked
*AS 28.15.291(a)(1)*

) or, he/she drove in violation of a limitation placed upon his/her driver's license or privilege to drive in this or another jurisdiction.
*AS 28.15.291(a)(2)*

Approved for filing
12/31/05
District Attorney

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Sgt. Patrick L. Davis, attest to the following and state:
STOP: TIME: 1150   LOCATION: P/Lot behind Valley Hotel, Palmer
REASON FOR STOP: Obscured License Plate/Suspicion of DWLS   ID'D BY: Personal
VEHICLE: LIC# EFA931   STATE: AK   YEAR: 1994   MAKE: Dodge   MODEL: VAN
DATES/REASONS LICENSE CANCELLED, SUSPENDED, REVOKED, LIMITED:
10/27/04 to 11/26/04 for point system, SR22 req. until 11/26/07 and not on file
LICENSE IN POSSESSION?: [ ] YES [x] NO   PREVIOUSLY ADVISED: [x] YES [ ] NO   BY: APD Ofc. Nelson
DEFENDANT ACKNOWLEDGES LICENSE STATUS?: [x] YES [ ] NO   ADMIT DRIVING: [ ] YES [x] NO
OTHER INFORMATION/STATEMENTS: Made spontaneous admission to CSO Burkett while at jail

Exhibit A
Page 1 of 1

All of which is a Class A Misdemeanor being contrary to and in violation of AS 28.15.291(a) and against the peace and dignity of the State of Alaska.

_____
Signature of Complainant

SUBSCRIBED AND SWORN TO before me this 28th day of December, 2005.

_Maria W. Cramer_
My Commission Expires: March 17, 2007