DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Margaret Paton Walsh
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHICKALOON VILLAGE, and ) | |
| STATE OF ALASKA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-CV-00034 (TMB) |

### ERRATA

Please take notice that the Memorandum in Support of Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and (6), is amended at footnote 26 to read:

"*Lanman* is an unpublished opinion, which may be cited 'for whatever persuasive power' it might have. *McCoy v. State*, 80 P.3d 757, 764 (Alaska App. 2003). Copy of opinion attached, see D.AK.L.R. 7.1(c)(1)(B), as Exhibit B."

A copy of Exhibit B is attached.

DATED: March 3, 2006.

                DAVID W. MÁRQUEZ
                ATTORNEY GENERAL

                By:
                   /s/ Margaret Paton Walsh
                   Assistant Attorney General
                   Attorney General's Office

Errata                                             Page 1 of 2
*Winterrowd v. State of Alaska*,
3:06-CV-00034 (TMB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0411074

**CERTIFICATE OF SERVICE**

This is to certify that on March 3, 2006, a true and correct copy of the **ERRATA with EXHIBIT B** in this proceeding was served by first class U.S. Mail on the following:

Ralph K. Winterrowd
P.O. Box 877109
Wasilla, AK 99687

Chickaloon Village
Glenn Highway Mile 55.5
P.O. Box 1105
Chickaloon, AK 99674

/s/ Margaret Paton Walsh
Assistant Attorney General
Attorney for the State of Alaska

Errata
*Winterrowd v. State of Alaska,*
3:06-CV-00034 (TMB)