

Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Wasilla, Alaska [99687]
357-8003 H, 357-8007 Fax

RECEIVED
MAR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# The United States of America

# The United States

# District Court of the United States

# District of Alaska

**Ralph Kermit Winterrowd 2nd**
*Plaintiff*

v.

**Chickaloon Village, and;**

**STATE OF ALASKA**
*Defendants*

Case 3:06-CV-00034 TMB

Motion to Clarify and Motion to Delay Show Cause

*Come now,* Ralph Kermit Winterrowd 2nd ("Winterrowd") with this **Motion to Clarify and Motion to Delay Show Cause.**

Winterrowd is without Assistance of Counsel and Motion's the Court to Clarify Docket 14's ORDER filed on March 14, 2006. Does the Court with said ORDER at Docket 14 required Chickaloon to file an Answer to the Complaint and Injunction filed by Winterrowd to Answer

within some predetermined time, being twenty (20) days, as there is no statement by the Court as to a deadline as required by the Federal Rules of Civil Procedure?

This is a very important issue for Winterrowd to have Due Process of Law (the Answer from Chickaloon) prior to proffering the Show Cause as Ordered by the Court and determine if in fact Chickaloon will Answer or if they will remain silent and ignore the ORDER of the Court.

If Chickaloon chooses to remain silent and ignore the ORDER of the Court in the Civil side, then this shifts to a more serious issue of Winterrowd filing in for a Default Judgment and that Chickaloon is knowingly and intentionally distributing travel documents under their purported sovereign status and failing to defend said municipal laws of said Chickaloon Village, which leads directly to the criminal element of false documents which devolves upon the State of Alaska and the Court, of which the Court has criminal jurisdiction. With the terrorist climate, distributing false travel documents and identification documents is a very serious issue. Also involved in this issue is that a foreign judgment was filed to which was attached a certified copy with the Complaint and Injunction, to which according the docket in Palmer, Alaska remains open and unopposed to date, with the State of Alaska and various Law Enforcement Agencies properly noticed.

Therefore, Winterrowd Motions the Court to clarify the filing requirements of the Chickaloon Village for an Answer deadline and then to set the Show Cause for approximately seven (7) days after Winterrowd receives the Answer from Chickaloon or the deadline passes with no Answer. This is not a dilatory Motion, as the liberty of Winterrowd is real and Winterrowd just exited the vindictive jailing for 19 days for a driving while license was suspended charge in which the suspension had expired many months prior to the charge and

isn't even under any circumstance require jail. See the State of Alaska's Motion that suspension was already over. Winterrowd has filed an appeal in the Court of Appeals and will be in this Court of the United States soon with other issues on these unlawful actions.

My Hand,

*[signature: Ralph Kent Winterrowd]*

### Certification

I certify that this Motion to Clarify and Delay the Show Cause were mailed first class vial the USPS or served at their Office to the following parties.

Chickaloon Village
Glen Highway Mile 55.5
P.O. Box 1105
Chickaloon, Alaska 99674-1105
907-745-0707

State of Alaska
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
907-269-5100

Date  3/27/06

Signature *[signature: Ralph Kent Winterrowd]*