RECEIVED
MAR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The United States of America

The United States

## District Court of the United States

## District of Alaska

**Ralph Kermit Winterrowd 2nd**
*Plaintiff*

v.

**Chickaloon Village, and;**

STATE OF ALASKA
*Defendants*

**Case 3:06-CV-00034 TMB**

### ORDER

It is hereby ORDERED that Chickaloon Village has until _____ to file an Answer into the Court.

It is also hereby ORDERED that Winterrowd has _____ days after the Answer has been filed into the Court and Winterrowd has Notice of said Answer, _____ days to file a Show Cause into the Court.

_____

Signature of Judge
