IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD 2nd,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHICKALOON VILLAGE and STATE OF ALASKA,<br><br>        Defendants. | Case No. 3:06-cv-34 TMB<br><br><br>O R D E R |

      Plaintiff has filed a Motion to Clarify and Motion to Delay Show Cause. Docket 15. Specifically, Plaintiff seeks clarification of this Court's Order at Docket 14, requiring Defendant Chickaloon Village to obtain counsel. Plaintiff requests that this court set a deadline for Chickaloon Village to file an Answer to the Complaint. Plaintiff further requests that he be given a deadline of seven days following receipt of that Answer in which to respond to the Court's Order to Show Cause. Docket 15.

      The Court has not issued an Order to Show Cause in this matter. An Order to Show Cause was issued in another case before this Court - Case No. 3:06-cv-35 TMB - in which Mr. Winterrowd is the Defendant. Accordingly, Plaintiff's Motion to Delay Show Cause is **denied as moot**.

      **It is hereby ordered** that Defendant Chickaloon Village's Answer in this matter shall be filed on or before **Monday, April 17, 2006**. The clerk is directed to serve a copy of this order on Defendant Chickaloon Village at the address found at Docket 10.

      Dated at Anchorage, Alaska, this 4th day of April, 2006.

                                          /s/ Timothy Burgess
                                          Timothy M. Burgess
                                          United States District Judge