| | |
|---|---|
| 1 | DAVID AVRAHAM VOLUCK, ESQ. |
| 2 | LAW OFFICES OF JUDE PATE & DAVID VOLUCK |
|   | P.O. BOX 2834 |
| 3 | SITKA, AK  99835 |
|   | (907) 747-2814 |
| 4 | davidvoluck@msn.com |
| 5 | Attorney for the Chickaloon Village Traditional Council |

**IN THE DISTRICT COURT FOR THE UNITED STATES**
**FOR THE DISTRICT OF ALASKA**

RALPH KERMIT WINTERROWD,

      Plaintiff,

v.

CHICKALOON VILLAGE, et. al.

      Defendants.

Case No. 3:06-cv-00034-TMB

RECEIVED
APR 1 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### ENTRY OF APPEARANCE

Please take notice that David Avraham Voluck of the Law Offices of Jude Pate and David Voluck hereby enters his appearance as counsel of record in the above-captioned matter on behalf of the Chickaloon Village Traditional Council (NAY'DINI'AA NA'). Copies of all notices, motions, and pleadings should be sent to the address referenced above. Mr. Voluck can be reached in person at (907) 747-2814 [office] or (907) 738-1608 [cell] or email at davidvoluck@msn.com.

Respectfully submitted this 17th day of April, 2006.

      /s/ David Avraham Voluck
      David Avraham Voluck
      Attorney for Chickaloon Village Traditional Council
      AK Bar# 9706043

**CERTIFICATE OF SERVICE**

This to certify that on April 17, 2006, a true and correct copy of this Entry of Appearance was served by first class U.S. Mail on the following:

Ralph K. Winterrowd
P.O. Box 877109
Wasilla, AK  99687

Margaret Paton Walsh
Assistant Attorney General for State of Alaska Dept. of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501

/s/ David Avraham Voluck