DAVID AVRAHAM VOLUCK, ESQ.
LAW OFFICES OF JUDE PATE & DAVID VOLUCK
P.O. Box 2834
SITKA, AK 99835
(907) 747-2814
davidvoluck@msn.com

Attorney for the Chickaloon Village Traditional Council

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, <br><br> Plaintiff, <br><br> v. <br><br> CHICKALOON VILLAGE, et. al. <br><br> Defendants. | Case No. 3:06-cv-00034-TMB |

## MOTION TO DISMISS

The Chickaloon Village Traditional Council hereby moves the court to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), (2). For the reasons explained in the attached Memorandum in Support, the lawsuit brought by Ralph Kermit Winterrowd against the Chickaloon Village Traditional Council is not subject to this court's jurisdiction, and therefore Mr. Winterrowd's efforts against the Tribe should be dismissed with prejudice.

Respectfully submitted this 17th day of April, 2006.

*[signature]*
David Avraham Voluck
Attorney for Chickaloon Village Traditional Council
AK Bar# 9706043

## CERTIFICATE OF SERVICE

This to certify that on April 17, 2006, a true and correct copy of this Motion to Dismiss was served by first class U.S. Mail on the following:

Ralph K. Winterrowd
P.O. Box 877109
Wasilla, AK  99687

Margaret Paton Walsh
Assistant Attorney General for State of Alaska Dept. of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501

_____
/s/ David Avraham Voluck