1  DAVID AVRAHAM VOLUCK, ESQ.
2  LAW OFFICES OF JUDE PATE & DAVID VOLUCK
   P.O. BOX 2834
3  SITKA, AK 99835
   (907) 747-2814
4  davidvoluck@msn.com

5
   Attorney for the Chickaloon Village Traditional Council
6

7        IN THE DISTRICT COURT FOR THE UNITED STATES
                  FOR THE DISTRICT OF ALASKA
8

9  RALPH KERMIT WINTERROWD, )
                                )
10           Plaintiff,          ) Case No. 3:06-cv-00034-TMB
                                )
11  v.                          )
                                )
12  CHICKALOON VILLAGE, et. al. )
                                )
13           Defendants.         )

14

15         **ORDER GRANTING MOTION TO DISMISS**

16      The Chickaloon Village Traditional Council's motion to dismiss pursuant to

17  Rule 12(b)(1) of the Federal Rules of Civil Procedure having come before the court

18  and good cause appearing,

19      IT IS HEREBY ORDERED, that the Plaintiff's Complaint against the

20  Chickaloon Village Traditional Council is not subject to this court's jurisdiction.

21      IT IS FURTHER ORDERED, that the Plaintiff's Complaint against the

22  Chickaloon Village Traditional Council is DISMISSED with prejudice.

23  DATED at Anchorage, Alaska this _____ day of _____, 2006.

24
                                /s/TIMOTHY M. BURGESS
25                              United States District Judge, Alaska

1

2

3                    **CERTIFICATE OF SERVICE**

4  This to certify that on April 17, 2006, a true and correct copy of this Order was served by
5  first class U.S. Mail on the following:

6  Ralph K. Winterrowd
   P.O. Box 877109
7  Wasilla, AK  99687

8
   Margaret Paton Walsh
9  Assistant Attorney General for State of Alaska Dept. of Law
   1031 West 4th Avenue, Suite 200
10 Anchorage, AK  99501

11

12  *[signature]*

13  _____
    /s/ David Avraham Voluck

14

15

16

17

18

19

20

21

22

23

24

25