

**NAY'DINI'AA NA'**
(CHICKALOON VILLAGE)
**TRADITIONAL COUNCIL**

RECEIVED

MAY 0 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Katherine Wade,
Clan Grandmother

Gary Harrison,
Traditional Chief

Doug Wade
Chairman/Elder

Ricky Harrison
Vice-Chairman

Penny Westing,
Secretary/Elder

Jim Shaginoff,
Treasurer/Elder

Burt Shaginoff,
Elder Member

Jesse Lanman,
Elder Member

Herb Belanger,
Elder Member

Larry Wade,
Elder Member

Jennifer Harrison,
Executive Director

April 17, 2006

Ralph Kermit Winterrowd 2nd
P. O. Box 877109
Wasilla, Alaska 99687

Re:  Chickaloon Village Driver's License 003025 issued 04-13-05
     **SUSPENSION**

Dear Mr. Winterrowd:

This official letter serves as notice that your Chickaloon Village Driver's License 003025 issued 04-13-05 is hereby suspended due to your conviction in the Court of the State of Alaska.

Since the Chickaloon Village follows the State of Alaska Motor Vehicle Codes, your conviction automatically suspends the Driver's License you hold from us.

If you wish to contest this suspension, you must appear before the Chickaloon Village Traditional Council that meets every third Wednesday of the month. Please call (907) 745-0707 if you wish to appear on the agenda. If the Council does not overturn your suspension, you may appeal it to the Chickaloon Village Traditional Court.

May Creator Guide Your Footsteps.

*Douglas Wade*
Douglas Wade
Chairman

cc:  CVT Court

P. O. Box 1105
Chickaloon, Alaska 99674

www.chickaloon.org
info@chickaloon.org

Telephone: (907) 745-0707
Fax: (907) 745-7154

*Attachment 2
Pg 1 of 1*