IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2nd,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CHICKALOON VILLAGE and<br>STATE OF ALASKA,<br><br>　　　　　　Defendant. | Case No. 3:06-CV-00034-TMB<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

   \_\_\_   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   XXX   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed.

APPROVED:

s/ Timothy M. Burgess
　**TIMOTHY M. BURGESS**
　United States District Judge

| | |
|---|---|
| July 26, 2006 | IDA J. ROMACK |
| Date | Clerk |