## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Winterrowd v. Chickaloon Village and State of Alaska*
Case No. 3:06-cv-00034 (TMB)

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Before this Court is Plaintiff's Motion for Rehearing of Order (Docket No. 24). The motion asks this Court to reconsider its order at Docket No. 22, which dismissed Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). The Court has carefully considered the briefing and transcript presented by Plaintiff. The Court is not persuaded that a rehearing is necessary.

**IT IS HEREBY ORDERED:**

The motion for a rehearing at Docket No. 24 is **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 28, 2006