Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Wasilla, Alaska [99687]
357-8003 H, 357-8007 Fax
ralph@jusbelli.com



# The United States of America

# The United States

# District Court of the United States

# District of Alaska

**Ralph Kermit Winterrowd 2nd**
*Plaintiff*

*v.*

**Chickaloon Village, and;**

**STATE OF ALASKA**
*Defendants*

Case 3:06-CV-00034 TMB

Notice of Appeal to the Circuit Court of the United States

For the 9th Circuit

From the District Court of the United States

For the District of Alaska

Come now, Ralph Kermit Winterrowd 2nd ("Winterrowd") without Assistance of Counsel domiciled in the territorial boundaries of Alaska and files this **Notice of Appeal to the Circuit Court of the United States for the 9th Circuit from the District Court of the United States for the District of Alaska** ("Notice") of this instant Case.

The Circuit Court of the United States for the 9th Circuit has cognizance of this Case arising under Article III of all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

Winterrowd is an American citizen, citizen of the United States of America, and Natural Born Native and citizen of the foreign state of Kansas domiciled in the territorial boundaries of Alaska. Winterrowd is not a "citizen of the United States" that is irrevocably conflated with the federal benefits, the Social Security Act of 1935 (49 Stat. 620) as amended, etc.

My Hand,

*/s/ Ralph Kent Winterrowd 2/*

**Certification**

I certify that this Notice was mailed first class via the USPS to the following parties, to wit:

David Avraham Voluck, Esq.
Law Offices of Jude Pate & David Voluck
P.O. Box 2834
Sitka, AK 99835
907-747-2814
davidvoluck@msn.com

State of Alaska
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
907-269-5100

Date  Aug 15, 2006
Signature  */s/ Ralph Kent Winterrowd*