```
              UNITED STATES
              DISTRICT COURT
               District of Alaska
               Anchorage Division

              #  00128731  -  SF
               August 15, 2006


   Code     Case #      Qty       Amount

   086400-R 06-34CV               200.00 CA
   086900-F 06-34CV               255.00 CA


   TOTAL→                         455.00


   FROM: RALPH KERMIT WINTERROWD 2ND
         9CCA APPEAL
         3:06-CV-00034 - TMB
```