

Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Wasilla, Alaska [99687]
357-8003 H, 357-8007 Fax
ralph@jusbelli.com

# The United States of America

# The United States

# District Court of the United States

# District of Alaska

**Ralph Kermit Winterrowd 2nd**
*Plaintiff*

v.

**Chickaloon Village; and,**

STATE OF ALASKA
*Defendants*

Case 3:06-CV-00034 TMB

<u>ERRATA</u>

**Notice of Appeal to the Circuit Court of the United States**

**For the 9th Circuit**

**From the District Court of the United States**

**For the District of Alaska**

Errata of the Notice of Appeal, it is of the Final Judgment and the Denial of the Rehearing at Dockets 22 and 23.

My Hand,

*Ralph Kent Watson*

### Certification

I certify that this Notice was mailed first class via the USPS to the following parties, to wit:

David Avraham Voluck, Esq.
Law Offices of Jude Pate & David Voluck
P.O. Box 2834
Sitka, AK 99835
907-747-2814
davidvoluck@msn.com

State of Alaska
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
907-269-5100

Date August 22, 2006
Signature *Ralph Kent Watson*