UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
AUG 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**  6 - 35719
Short Case Title: <u>Winterrowd v. Chickaloon Village, et al.</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Timothy M. Burgess, 3:06-cv-00034-TMB</u>
Date Complaint/Indictment/Petition Filed: <u>February 10, 2006</u>
Date Appealed Order/Judgment *entered*: <u>July 26, 2006</u>
Date NOA *filed*: <u>August 15, 2006</u>
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _Y_         Date Docket Fee billed: _
Date FP granted: _                Date FP denied: _
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal?  __yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                       Appellee Counsel:
                                         David Avraham Voluck
                                         Law Offices of Jude Pate and David Voluck
                                         P.O. Box 2834
                                         Sitka, AK 99835
                                         907-747-2814
                                         davidvoluck@msn.com

                                         Margaret A. Paton-Walsh
                                         State of Alaska, Department of Law
                                         1031 W. 4th Avenue, Ste 200
                                         Anchorage, AK 99501
                                         907-276-6612
                                         fax: 907-258-4978
                                         lsa_ecf@law.state.ak.us

__retained   __CJA   __FPD   __FPD   __Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**

Prisoner ID: _  Address: c/o POB 877109
Custody: No_   Knik, AK 99687
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _   9th Circuit Docket Number: _

Name and phone number of person completing this form:   Elisa Singleton
907-677-6105