**ORIGINAL**

**FILED**

UNITED STATES COURT OF APPEALS

**JAN 19 2007**

FOR THE NINTH CIRCUIT

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| RALPH KERMIT WINTERROWD, II,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CHICKALOON VILLAGE; et al.,<br><br>Defendants - Appellees. | No. 06-35719<br><br>D.C. No. CV-06-00034-A-TMB<br>District of Alaska<br>Anchorage<br><br>ORDER |
|---|---|

RECEIVED

FEB 1 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

Appellees' motion to dismiss this appeal as moot is granted. *See Village of Gambell v. Babbitt*, 999 F.2d 403, 406 (9th Cir. 1993) (internal citations omitted) (claim is moot for purposes of federal jurisdiction when there exists no present controversy as to which effective relief can be granted).

PROSE