## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH KERMIT WINTERROWD, II,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CHICKALOON VILLAGE; et al.,<br><br>Defendants - Appellees. | No. 06-35719<br><br>D.C. No. CV-06-00034-A-TMB<br><br>**RECEIVED**<br>FEB 15 2007<br>**JUDGMENT**  CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered Friday, January 19, 2007



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 12 2007

Deputy Clerk